United States District Court
Southern District of Texas
**ENTERED**
April 09, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRYSTAL AYUBA, individually and on behalf of all others similarly situated, § § § § § § § § § § § § § § | |
| Plaintiff, | |
| v. | Case No. 4:18-cv-01448 |
| FAIR COLLECTIONS & OUTSOURCING, INC. and JOHN DOES 1-25, | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Crystal Ayuba, and defendant, Fair Collections & Outsourcing, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the individual claims of plaintiff, Crystal Ayuba, in above-entitled action are dismissed with prejudice with each party to bear its own costs and attorneys' fees, that the class claims are dismissed without prejudice, and that the claims against the defendants identified as John Does 1-25 are dismissed without prejudice.

Dated: Apr 8, 2019

_____
JUDGE GRAY H. MILLER
UNITED STATES DISTRICT COURT

1